JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN WHALEN and TRACI BLISS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CODY DARE; JOHNNIE MAMON; JOHN GREGORY; MICHAEL BATTISTI; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-01321-SPG-KK<br>Honorable Judge: Sherilyn Peace Garnett<br>Magistrate Judge: Kenly Kiya Kato<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' COMPLAINT AND ENTIRE ACTION AND ALL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a), the Court, having considered the Stipulation of COLIN WHALEN and TRACI BLISS ("Plaintiffs") and Defendants COUNTY OF SAN BERNARDINO, CODY DARE, JOHNNIE MAMON, JOHN GREGORY, and MICHAEL BATTISTI ("Defendants"), has hereby found GOOD CAUSE on the following:

1. Plaintiffs' Complaint (Dkt. No. 1) (the operative complaint) and this entire action and all of Plaintiffs' claims against Defendants are hereby **DISMISSED with prejudice**.

2. All parties shall bear their own attorney's fees and costs in this action.

IT IS SO ORDERED.

DATED: July 31, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE